1          HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   ARKEMA, INC., et al.,

11                    Plaintiffs,                    Case No. C5-5087RBL

12          v.

13   ASARCO, INC., et al.,                           ORDER

14                    Defendants.

15

16

17          This matter comes before the Court on two motions by Defendant Weyerhaeuser Co. to exclude

18   expert witness testimony.  The first motion [Dkt. #190] seeks to exclude the testimony of Raleigh Farlow.

19   The second motion [Dkt. #191] seeks to exclude the testimony of Dr. Brian Bornhold.  Both motions urge

20   the Court to exercise its "gatekeeper" function under *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509

21   U.S. 579 (1993) (Daubert I) and *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 43 F.3d 1311 (9th Circ.

22   1995) (Daubert II) to exclude the testimony as unreliable.

23          The Court has reviewed the materials submitted in support of, and in opposition to, the motions

24   and hereby denies the motions without comment on the relative merits of the motions.  This case is

25   scheduled for a 15-day trial to the bench commencing May 7, 2007.  The Court will hear the testimony of

26   Raleigh Farlow and Dr. Brian Bornhold and determine the reliability of the testimony after it has been

27   presented by plaintiff and after defendant has cross-examined the witnesses.  In making its decision in this

28

ORDER
Page - 1

1   case, the Court will not consider testimony that it considers unreliable or contrary to established scientific

2   principles.

3        Defendant's motions to exclude expert testimony [Dkt. #s 190 and 191] are **DENIED.**

4        DATED this 20th day of April, 2007.

          _____

          RONALD B. LEIGHTON
          UNITED STATES DISTRICT JUDGE

ORDER
Page - 2