*Admitted 5/30*

Walt Shields Exhibits

*Admitted on 7/24*
*A-185 Withdrawn*

A-166-176 – admitted
A-178-186 – admitted

*Admitted 5/30*
*Ex 649*
*655*
*655 – previously*
*654 – not previously admitted*

A-228 – 1959 aerial

A-230 – 1961 aerial
A-232 – 1955 oblique
A-233 – 1962 oblique
A-234 – 1963 oblique
A-235 – 1970 aerial
A-237 – 1978 aerial

A-240 – 1996 aerial
A-241 – 2002 aerial
A-244 – Arkema Facility Map
A-245 – 1960 oblique
A-246 – Dunlap Facility Map
A-248 – 1967 oblique (GMT)
A-249 – 1969 oblique (GMT)
A-250 – GMT Facility Map

A-259 – Arsenic loading rates (Shields Table 5-2)
A-260 – Arsenic, mercury, and zinc loading rates (Shields Table 5-3)
A-261 – Estimate of arsenic, mercury, and zinc loading rates (Shields Table 5-4)
A-262 – Estimate of arsenic loading rates (Shields Table 5-5)
A-263 – Estimate of arsenic loading rates (Shields Table 5-6)
A-264 – Total estimated Arsenic Contribution (Shields Table 5-7)
A-268 – Total Estimated Arsenic and Zinc Contribution (Shields Table 5-11)
A-269 – Ships Sold to General Metals for Scrapping (Shields Table 5-12)
*Admitted 5/24* A-270 – Summary of Inspections at General Metals (Shields Table 5-13) – admitted?

A-416 – GMT 104(e) response
A-448 – Dunlap Towing Appropriation Request
A-457 – Pennwalt 104(e) response

A-582 – Primary Contributors of Chemicals to Hylebos Waterway (Arkema)
A-583 – Arkema Timeline
A-584 – Potential Sources Considered at Arkema
A-589 – Dunlap Timeline
A-593 – Primary Contributors of Chemicals to Hylebos Waterway (GMT)
A-594 – GMT Timeline
A-596 – Storm Water Runoff at GMT
A-597 – Calculation of Potential Loading at GMT
A-598 – Estimated Contaminant Mass Contribution at GMT



05-CV-05087-EXH

A-599 – Primary Contributors of Chemicals to Hylebos Waterway (Kaiser)

A-600 – Kaiser Timeline
A-601 – Potential Sources Considered at Kaiser Facility
A-602 – Process and Storm Water Discharge at Kaiser Facility
A-603 – 1955 – Initial Construction of Area 1 Settling Ponds at Kaiser Facility
A-604 – 1961 – Completed Construction of Area 1 Settling Ponds and Kaiser Ditch at Kaiser Facility

A-608 – Estimated Contaminant Mass Contribution
A-609 – Chemical Contamination in the Hylebos Waterway Was Not Caused by Weyerhaeuser

A-619 – PAH Values in Weyerhaeuser Tacoma Export Facility Runoff and Typical PAH Values in Urban Runoff
A-620 – Summary of Chemical Contributions

A-746 – Letter from Smith (DOE) to Flint (EPA) re Milestone 3 Source Control Status Report

A-757 – 11/17/70 DOE Inspection Report (scuba diver letter)
A-758 – 8/20/76 DOE Inspection Report
A-761 – 1/16/78 DOE Inspection Report
A-762 – 3/18/81 DOE Inspection Report - ~~admitted?~~

A-764 – 5/00/93 Head of Hylebos Waterway Source Control Status Report: Milestone 1

A-765 – 5/28/93 Memo from Fuglevand to Hiltner re: Ohio Ferro Alloys
A-766 – 2/27/85 Memo from Norton and Johnson (DOE) to Jim Krull re: Investigation of Log Sort Yards
A-767 – 11/5/69 Letter from Heitman (Pennwalt) to Dammkoehler re: air pollution
A-768 – 40 CFR 63: Abstract
⟶ A-774 – 6/14/02 Letter from Atofina to Hylebos NRDA Settlement Proposal Comments
A-777 – HPAH from Weyerhaeuser TEF
A-778 – Arsenic from Weyerhaeuser TEF
A-779 – Cole et al., Preliminary Findings of the Priority Pollutant Monitoring Project of the Nationwide Urban Runoff Program
A-780 – Zinc from Weyerhaeuser TEF

A-773

— P Exhibit 422

A-776 — Stormwater Quality Survey of Western WA Log Yard
A-772 — photo maint shop

2

Teri Floyd Direct Exhibits:      *Admitted 6/11*

| A648 | Phenol Definitions & Terminology |
|------|----------------------------------|
| A551 | All references, tables and figures from Supplemental Opinion of Raleigh Farlow re Phenolic Compounds |
| A789 | Wood Diagram |
| A652 | The Production of Phenol and Para-cresol By Marine Bacteria (Updegraff) |
| A801 | Extracts from CERCLA §101 |
| A626 | Timeline for Superfund Activities in the Hylebos Waterway |
| A49 | Final Report Commencement Bay Nearshore/Tideflats Remedial Investigation, Volume 1 (Tetra Tech) |
| A51 | Explanation of Significant Differences, Commencement Bay Nearshore/Tideflats Superfund Site (USEPA) |
| A724 | Surface Chemistry and Bioassay for the Neck |
| A529 | Hylebos Waterway Pre-Remedial Design Program Event 1A and 1B Data Report (Striplin) |
| A725 | Surface Chemistry and Bioassay for the UTB |
| A557 | Administrative Order on Consent for Pre-Remedial Design Study |
| A787 | Sediment Profile Images |
| A317 | Agreed Order between Ecology and WDG |
| A792 | Cleanup Level Analysis |
| A568 | Consent Decree, State of Washington v. LP, et al |
| A66 | Chapter 173-204 WAC - Sediment Management Standards |
| A793 | Extracts from MTCA |
| A625 | Clean-up Areas in UTB and Neck |
| A530 | Hylebos Waterway Pre-Remedial Design Program Round 1 Data Report (Striplin) |
| A711 | Letter from Hiltner to Fuglevand re Review of Round 1 Data Report |
| A355 | Letter to Fuglevand from Hiltner re Comments on Potential for Recontamination Report |
| A200 | Hylebos Waterway Aerial Photographs (Delta) |
| A641 | Historical Soundings Comparison for sections of the Neck 1965 to 1971 and 1965 to 1972 |
| A783 | Isopach Map Showing Kaiser Sludge Deposit After 1972 Dredging with Creosote Odor Description and Pilings |
| A646 | ROD SQO Exceedances in Surface Grab Stations |
| A633 | Cross Section at Station 132+00 Showing Various Historical Bathymetries – With Table 2109 |
| A634 | Cross Section at Station 138+00 Showing Various Historical Bathymetries |
| A635 | Cross Section at Station 140+00 Showing Various Historical Bathymetries |
| A791 | Cross Section at Station 141+50 Showing Various Historical Bathymetries(modified A636) |
| A637 | Cross Section at Station 144+00 Showing Various Historical Bathymetries |
| A628 | Cross Section at Station 145+00 Showing Various Historical Bathymetries |
| A802 | Preliminary Remedial Investigation |

| A735 | U. S. Army Corps of Engineer Manual No.: 1110-2-1003 Coversheet and Table of Contents |
| A62 | Army Corps of Engineers survey – Hylebos Waterway Condition |
| A63 | Army Corps of Engineers survey - Hylebos Waterway Condition after dredging |
| A64 | Army Corps of Engineers survey - Hylebos Waterway Condition after dredging |
| A642 | Hylebos Waterway Bathymetry of Neck Construction of Composite 1971/1972 Surface Nearshore of Channel Line |
| A643 | Hylebos Waterway Bathymetry for Neck 1965, 1971, 1972 and 2004 Pre-Dredge |
| A639 | Cross Section at Station 152+00 Showing Various Historical Bathymetries |
| A736 | Chapter 15 from U. S. Army Corps of Engineer Manual |
| A739 | Historical Sounding Comparison 1972 Bathymetry (Supplemental with 1971 and 1983 Data) v. 2004 Pre-Dredge |
| A794 | Volumes of Dredged Materials in the Neck Containing Wood |
| A790 | Average Wood Volumes in Dredge Areas |
| A795 | Estimated Volumes Dredge by Manke and LP |
| A-808 | Table 1 |
| A-809 | Table 2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Exhibits Offered by PltF's

A-61            248
A-624           766
A-42 - Admitted 5/15   369
A-734           767
A-629           768
A-784           769
A-785
A-768 - Admitted 5/30

4



"Mark Coldiron"
<mcoldiron@ryanwhaley.com
>

06/01/2007 10:33 AM

To  <jean_boring@wawd.uscourts.gov>

cc  <jay.mccarthy@hro.com>, "Myers, Mark"
<mmyers@wkg.com>, "Parkinson, Steve"
<sparkinson@GroffMurphy.com>, "Ashcraft, Tim"

bcc

Subject  FW: Exhibits Used During Direct Examination of Dr. Boehm
05/30/07 - 05/31/07

Per the court's request I have listed the exhibits that have not been previously entered
which we used with Dr Boehm and offer subject to plaintiff's objections, as follows:

*Admitted  6/1*

## 05/30/07 Exhibits

1. A67
2. A511
3. A501
4. A502
5. A504
6. A505
7. A506
8. A507
9. A508
10. A503
11. A685
12. A72
13. A537
14. A574
15. A575
16. A576
17. A27
18. A741
19. A28
20. A742
21. A740
22. A760
23. A743
24. A744
25. A745
26. A30
27. A747
28. A748
29. A717
30. A516
31. A748
32. A750
33. A751
34. A775

5

## 05/31/07 Exhibits

1. A752
2. A753
3. A754
4. A755
5. A721

Admitted 6/5

**Scott Recker direct**

763 Admitted

A-108 - CV
A-660 – 1996 aerial of Kaiser facility
A-658 – Kaiser material storage areas
A-659 – Kaiser waste storage areas
A-662 – 1995 Kaiser Stormwater/Wastewater Collection and Discharge Locations
A-769 - Soderberg pot
A-116 – Wet Scrubber Sludge
A-661 – Kaiser PAH Source Profile
A-272 – Summary of Kaiser Waste Management Practices
A-110 – Insurance Loss Control Report
A-156 – 1969 aerial showing dark irregular patterns on ground
A-770 – Letter from Kaiser to DOE
A-781 - Letter from Kaiser to DOE
A-663 – 1955 aerial
A-664 – 1959 aerial
A-247 -1967-8 photo
A-665 – 3/25/69 aerial photo
A-122 – Proposal, Engineering Services
A-161 – 1979 aerial
A-162 – 1985 aerial
A-132 – Ecology Order
A-130 – DOE Order
A-54 – 1983 Kaiser Sludge Investigation
A-714 – Photos of Kaiser
A-125 – Consent Decree
A-55 – WSS Closure Plan
A-223 – 6/20/96 aerial
A-656 – Kaiser PAH Contributions Not Estimated
A-123 – Published Methodology
A-655 – Kaiser PAH Loading to the H.W.
A-119 – PCB Leak Cleanup Plan
A-136 – Wharf construction permit
A-138 – Permit to Weyerhaeuser
A-718 – 1972 maintenance dredging floating walkway permit
A-719 – 1972 berth deepening permit
A-720 – 1976 berth deepening
A-722 – WY Dredging/Construction History
A-673 – WY Response Action drawings
A-671 – WY Response Action Slide
A-538 - Letter re Kaiser Ditch Cleanup Project
A-674 – Response Action – Wood Debris Removal Areas
A-672 – Wood Debris Removal Areas Drawing
A-676 – Floating Walkway
A-677 – Kaiser Ditch Investigation

Admitted 6/5 A-495
A-479 thru

A-315
A 796
320
699
321
797
798
703
701
702

7

A 386—Weekly Progress Meeting Reports, DOF
Plaintiff 444 – Email from North to Bariska
Plaintiff 449 – Memo from North to Bariska
Plaintiff 459 – Memo from North to Bariska
Plaintiff 468 – Memo from North to Bariska
Plaintiff 435 – Memo from North to Bariska
Plaintiff 440 – Memo from North to Bariska -
A-800 – WY Dredging Costs Greater Than SQOs
A-647 – ROD SQO Exceedances in Core Station
A-163 – Letter to Hughes from Recker