AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

ARKEMA, INC.,

    v.

                    CASE NUMBER      C05-5087RBL

ASARCO, INC.,

[ √ ]   **Decision by Court.**  This action came to trial before the Court.  The issues have been presented and a decision has been rendered.

BASED ON WRITTEN FINDINGS OF FACT AND CONCLUSIONS OF LAW IT IS ORDERED AND ADJUDGED

- The total reimbursable costs for dredging CO-14 is $3,024,000 (42,000 cubic yards x $72.00 per cubic yard).. Weyerhaeuser is allocated 70% of that cost (34% wood + 6% Weyerhaeuser PAHs + 30% Kaiser PAHs) for a total liability of $2,116,800.

- Weyerhaeuser's claims for offset or for contribution are denied.

- Plaintiffs request for declaratory judgment concerning future costs is denied.

- Each side will bear its own attorney fees and costs.

                                                                  BRUCE  RIFKIN

Dated:  JUNE 26, 2007                         Clerk

                                                                    s/Jean Boring

                                                                    *(By) Deputy Clerk*