HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARKEMA INC., a Pennsylvania Corporation, and GENERAL METALS OF TACOMA, INC., a Washington Corporation,

Plaintiffs,

v.

ASARCO, INC., a New Jersey Corpoiration; et al,

Defendants.

Case No. C05-5087RBL

ORDER

THIS MATTER comes before the Court upon Plaintiffs' Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e). The Court has reviewed the memorandum in support of said motion, Defendant Weyerhaeuser Company's response in opposition to the motion and plaintiffs' reply. Being fully informed in the premises, the Court hereby **DENIES** plaintiffs' motion.

DATED this 27th day of July, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1